# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Elizabeth Lubeck and Alan Lubeck, Plaintiffs, vs. Alliant Capital Management, LLC, Def.

Case Number: 1:20-cv-04881

An appearance is hereby filed by the undersigned as attorney for:

Elizabeth Lubeck and Alan Lubeck, Plaintiffs

Attorney name (type or print): Rusty A. Payton

Firm: Payton Legal Group

Street address: 20 North Clark Steet, Suite 3300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6201771
(See item 3 in instructions)

Telephone Number: (773) 682-5210

Email Address: info@payton.legal

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes ☐ No |
| Are you acting as local counsel in this case? | ✔ Yes ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 20, 2020

Attorney signature: S/ Rusty A. Payton
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015