## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH LUBECK** and **ALAN LUBECK,** | ) ) ) | Case No. 1:20-cv-04881 |
| | ) | Honorable Sharon Johnson Coleman |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| **ALLIANT CAPITAL MANAGEMENT, LLC,** | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs, Elizabeth Lubeck and Alan Lubeck, by and through their undersigned counsel, advise the Court that the parties have reached a settlement in principle of all claims in this action. The parties are currently finalizing the terms of a written agreement and Plaintiffs request this Court keep this matter open for a period of 45 days to allow the parties to finalize the settlement, and continue to retain jurisdiction over this matter until Plaintiffs' Notice of Dismissal is filed.

Dated: September 17, 2020

*Respectfully submitted,*

**Elizabeth Lubeck and Alan Lubeck**

By: /s/ *Rusty Payton*
Rusty A. Payton
PAYTON LEGAL GROUP
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal

Arthur C. Czaja
LAW OFFICE OF ARTHUR CZAJA
7521 N. Milwaukee Ave.
Niles, Illinois 60714
(847) 647-2106
arthur@czajalawoffices.com

*Counsel for Plaintiffs*