# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ELIZABETH LUBECK** and **ALAN LUBECK,** | Case No. 1:20-cv-04881 |
| Plaintiffs, | Honorable Sharon Johnson Coleman |
| vs. | |
| **ALLIANT CAPITAL MANAGEMENT, LLC,** | |
| Defendant. | |

## NOTICE OF DISMISSAL

Plaintiffs, Elizabeth Lubeck and Alan Lubeck, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss all claims asserted in this action against Defendant, Alliant Capital Management, LLC, with prejudice, each party to bear their/its own costs.

Dated: October 2, 2020

*Respectfully submitted,*

**Elizabeth Lubeck and Alan Lubeck**

By: /s/ *Rusty Payton*
Rusty A. Payton
PAYTON LEGAL GROUP
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal

Arthur C. Czaja
LAW OFFICE OF ARTHUR CZAJA
7521 N. Milwaukee Ave.
Niles, Illinois 60714
(847) 647-2106
arthur@czajalawoffices.com

*Counsel for Plaintiffs*